[No. 26012. *En Banc.* October 19, 1936.]

G. DOWE McQUESTEN *et al., Respondents,* v. PEARL PARKHURST JONES, *Appellant.*[1]

*Kenneth Durham, John J. Kennett,* and *Hyland, Elvidge & Alvord,* for appellant.

*Allen, Froude & Hilen,* for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, the court adheres to the Departmental opinion heretofore filed herein, and reported in 185 Wash. 606, 55 P. (2d) 1096.

[1]Reported in 61 P. (2d) 1374.